UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFREDO JIMENEZ-BRAMBILA,

    Defendant.

CR16-103 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to extend pretrial motions deadline, docket no. 28, is GRANTED. The deadline to file pretrial motions is extended to September 4, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of August, 2019.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1